

# NUMBER 13-21-00139-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LAJAMES BRYANT,                                                                            Appellant,

v.

THE STATE OF TEXAS,                                                                        Appellee.

### On appeal from the 130th District Court
### of Matagorda County, Texas.

## MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Longoria**

Upon review of the documents before the Court, it appears there is no final appealable order. On May 5, 2021, the clerk of the court notified appellant of this defect and provided ten days to correct. Additionally, the record reflects appellant waived his

right to appeal the final judgment in this matter. Appellant has neither corrected the defect nor responded to the court's notice.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Furthermore, the record does not reflect any other final and appealable order, and appellant has failed to cure such defect. Accordingly, this appeal is hereby dismissed.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
22nd day of July, 2021.